UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Kennard C. Williams, Jr

        Plaintiff,

v.                            Case No.: 3:22−cv−00713

William Baker

        Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/3/2024 re [28].

                                            Lynda M. Hill
                                  s/ Annecia L Donigan, Deputy Clerk